

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2023

No. 04-22-00843-CV

**IN RE ALAMO TITLE INSURANCE, ALAMO TITLE COMPANY, AND FIDELITY NATIONAL TITLE GROUP, INC**.

Original Mandamus Proceeding[1]

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On December 28, 2022, relators filed a motion to stay the underlying trial court proceedings. Relators' motion to stay trial court proceedings is **GRANTED**. All proceedings in the underlying case are **STAYED** pending further order from this court.

It is so **ORDERED** on January 3, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2020-CI-07786, styled *Matiraan, LTD. and Marylyn House v. Alamo Title Insurance, Alamo Title Company, and Fidelity National Title Group, Inc*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.